# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SELCO COMMUNITY CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions,<br><br>Plaintiff,<br><br>v.<br><br>NOODLES & COMPANY,<br><br>Defendant. | Civil Action No: 1:16-cv-02247-MJW |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule D.C.COLO.LAttyR5 of the Local Rules for the United States District Court for the District of Colorado, Kate M. Baxter-Kauf of the law firm of Lockridge Grindal Nauen P.L.L.P. hereby enters her appearance as attorney of record for and on behalf of Plaintiff SELCO Community Credit Union, individually and on behalf of a class of similarly situated financial institutions, in the above-styled case. I hereby certify that I am a member in good standing of the bar of this court.

DATED: September 13, 2016                Respectfully submitted,

**s/ Kate M. Baxter-Kauf**
Karen H. Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

507956.1

Joseph P. Guglielmo
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

Erin Green Comite
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th floor
Pittsburg, PA 15212
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com

Charles H. Van Horn
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, GA 30305
Telephone: (404) 261-8650
Facsimile: (404) 233-1943
CVanHorn@bfvlaw.com

*Attorneys for Plaintiff SELCO Community Credit Union*

507956.1