**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02247-RBJ
*Consolidated with 16-cv-02497-RBJ and 16-cv-02632-RBJ*

SELCO COMMUNITY CREDIT UNION,
MIDWEST AMERICA FEDERAL CREDIT UNION,
VERIDIAN CREDIT UNION, and
KEMBA FINANCIAL CREDIT UNION, on behalf of themselves and a class of similarly
situated financial institutions,,

      Plaintiffs,

v.

NOODLES & COMPANY,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 55] of Judge R. Brooke Jackson entered on

July 21, 2017, it is

ORDERED that the defendant Noodles & Company's Motion to Dismiss

Complaint [ECF No. 34] is GRANTED and plaintiffs' claims are dismissed.  It is

FURTHER ORDERED that the plaintiffs' Renewed Motion for Appointment of

Interim Class Counsel [ECF No.47] is MOOT.  It is

FURTHER ORDERED that judgment is entered in favor of the defendant and

against the plaintiffs.  It is

FURTHER ORDERED that, as the prevailing party, the defendant is awarded its reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of July, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/   J. Dynes

J. Dynes
Deputy Clerk