**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| SELCO Community Credit Union, Midwest America Federal Credit Union, Veridian Credit Union, and KEMBA Financial Credit Union, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>Noodles & Company,<br><br>                  Defendant. | Case No. 1:16-cv-02247-RBJ<br><br>District Judge R. Brooke Jackson<br><br>CLASS ACTION<br><br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES** |

Plaintiffs SELCO Community Credit Union, Midwest America Federal Credit Union, Veridian Credit Union, and KEMBA Financial Credit Union (collectively, "Plaintiffs"), through counsel, respectfully moves this Court for an extension of time until November 17, 2017, in which to respond to Defendant Noodles & Company's Motion for Award of Attorneys' Fees (ECF No. 57) (the "Motion"), and as grounds therefore, states as follows:

1.    Pursuant to Local Rule 7.1(a), undersigned counsel has conferred with counsel for the Defendant, who stated the Defendant has no objection to Plaintiffs' requested extension.

2.    Defendant filed its Motion on August 4, 2017. Plaintiffs' current deadline to respond to the motion is November 6, 2017.

3.    An additional eleven-day extension of time is necessary because counsel for Plaintiffs have been conferring with Defendant regarding whether a resolution of the action can be accomplished without response to the motion, and whether judicial efficiency may be enhanced as a result.

4.      The parties completed a mediation in front of the Tenth Circuit Court of Appeals on November 2, 2017, and continue to negotiate in light of that mediation.

5.      Plaintiffs anticipate that the additional eleven days will allow them to complete efforts in light of the mediation and finalize whether a response to the Motion is necessary and/or whether the Motion may be withdrawn.

6.      Plaintiffs have requested three previous extensions in this matter, and this motion is not being brought for the purpose of delay.

As a result, Plaintiffs respectfully request that this Court extend the Plaintiffs' deadline to respond to Defendant's Motion for Award of Attorneys' Fees to November 17, 2017.

Dated this 6th day of November, 2017.

*/s/ Karen H. Riebel*
Swathi Bojedla
James J. Pizzirusso
**HAUSFELD LLP**
1700 K St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
jpizzirusso@hausfeld.com
sbojedla@hausfeld.com

Karen H. Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com  kmbaxter-kauf@locklaw.com

Brian C. Gudmundson
**ZIMMERMAN REED, LLP**
1100 IDS Center, 80 South 8th St.
Minneapolis, MN 55402

Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

Joseph P. Guglielmo
**SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

Erin Green Comite
**SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
ecomite@scott-scott.com

Charles H. Van Horn
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, GA 30305
Telephone: (404) 261-8650
Facsimile: (404) 233-1943
CVanHorn@bfvlaw.com

Gary F. Lynch
**CARLSON LYNCH SWEET KILPELA &
CARPENTER, LLP**
1133 Penn Avenue, 5th floor
Pittsburgh, PA 15212
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com


Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**

3

17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2921
bbleichner@chestnutcambronne.com

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras St., Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 284-5249
amurray@murray-lawfirm.com

*Attorneys for Plaintiff*